# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

139763

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CENOBIO CHAPA,
        Plaintiff-Appellant,

v

CITY OF DETROIT, TYRONE C. SCOTT,
SETH R. DOYLE, III, CHERYL A. CAMPBELL,
GARY N. KELLY, JAMES KESTELOOT,
ROBERT BROWN, KEITH SYRKET, and
ANGIE WOOTEN,
        Defendants-Appellees.

SC: 139763
COA: 293079
Oakland CC: 2008-096425-CZ

_____/

On order of the Court, the application for leave to appeal the August 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

_____
Clerk

y0317